# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13060

_____

ISIS BENJAMIN,
FANTASIA HORTON,
NAEOMI MADISON,
BRYNN WILSON,
JOHN DOE,
 on behalf of themselves and all persons similarly situated,

                  *Plaintiffs-Appellees,*

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
ASSISTANT COMMISSIONER,
STATEWIDE MEDICAL DIRECTOR,
 in their official capacities,

                  *Defendants-Appellants,*

CENTURION OF GEORGIA, LLC

                  *Defendant.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-04470-VMC

_____

ORDER:

On December 3, 2025, the district court entered an Opinion, Order, and Permanent Injunction and Partial Final Judgment in the proceedings below.

On its own motion, the Court DIRECTS the parties, within 7 days from the date of this order, to notify the Court of their positions regarding the effect of the district court's December 3 order and judgment on the pending motion for a stay pending appeal.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION